1  TODD BLANCHE
   Deputy Attorney General of the United States
2  SIGAL CHATTAH
   First Assistant United States Attorney
3  District of Nevada
   Nevada Bar Number 8264
4  NATHAN M. CLAUS
   Assistant United States Attorney
5  Nevada Bar No. 15889
   501 Las Vegas Blvd. So., Suite 1100
6  Las Vegas, Nevada 89101
   Phone: (702) 388-6297
7  Fax: (702) 388-6787
   Nathan.Claus@usdoj.gov
8
   *Attorneys for the Federal Defendants*
9
                    **UNITED STATES DISTRICT COURT**
10                       **DISTRICT OF NEVADA**

11 | Tiffany Sangster, Individually and as Next Friend of B.M. Julie Muangala, | Case No. 3:25-cv-00447-ART-CLB |
12 | | |
13 | Plaintiffs, | **Order Granting Stipulation For Extension of Time for Federal Defendants to Respond to Plaintiffs' First Amended Complaint (ECF No. 16)** |
14 | v. | |
15 | Marco Rubio - U.S. Secretary of State; Consul General - U.S. Embassy, Kinshasa, Democratic Republic of Congo; Consular Officer - U.S. Embassy, Kinshasa, Democratic Republic of Congo, | |
16 | | **(Second Request)** |
17 | | |
18 | Defendants. | |

19      Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of

20 this Court's Local Rules, Plaintiffs and Federal Defendants, through their respective

21 undersigned counsel, hereby stipulate and agree as follows:

22      1.    Plaintiffs filed their First Amended Complaint on January 21, 2026. ECF

23 No. 16.

24      2.    The parties had jointly filed a motion to extend the deadline for Federal

25 Defendants to respond to Plaintiffs' First Amended Complaint to February 13, 2026. ECF

26 No. 24.

27      3.    The parties now stipulate and agree to extend the time for the United States

28 to file its response from February 13, 2026, up to and including **March 17, 2026**.

1  The extension is necessary because Petitioner had an interview with the U.S. Embassy in Kinshasa on February 11, 2026. Due to a need for certain documents that were not brought with Petitioner to the February 11, 2026 meeting, the Embassy rescheduled the interview for February 18, 2026. The result of this meeting will affect this case, so the parties are seeking a 32-day extension to allow this meeting to commence and for them to determine the next steps for this case.

Accordingly, the parties respectfully request that the Court grant this stipulation to extend the time for Federal Defendants to respond to Plaintiffs' First Amended Complaint to **March 17, 2026**. ECF No. 16. This is the second request to extend the time for Federal Defendants to respond to Plaintiffs' First Amended Complaint. This stipulated request is brought in good faith and not for the purposes of undue delay.

Respectfully submitted this 13th day of February 2026.

| CLARK HILL PLC | TODD BLANCHE |
|---|---|
|  | Deputy U.S. Attorney General |
| /s/ Mark Stevens | SIGAL CHATTAH |
| MARK STEVENS | First Assistant U.S. Attorney |
| 1001 Pennsylvania Ave. NW, Ste. 1300S |  |
| Washington, DC 20004 | /s/ Nathan M. Claus |
| mstevens@clarkhill.com | NATHAN M. CLAUS |
|  | Assistant United States Attorney |
| *Attorney for Plaintiff* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**U.S. MAGISTRATE JUDGE**

DATED: February 13, 2026.