TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6297
Fax: (702) 388-6787
Nathan.Claus@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Tiffany Sangster, Individually and as Next Friend of B.M. Julie Muangala,<br><br>Plaintiffs,<br><br>v.<br><br>Marco Rubio - U.S. Secretary of State; Consul General - U.S. Embassy, Kinshasa, Democratic Republic of Congo; Consular Officer - U.S. Embassy, Kinshasa, Democratic Republic of Congo,<br><br>Defendants. | Case No. 3:25-cv-00447-ART-CLB<br><br>**Order Granting Stipulation for Extension of Time for Federal Defendants to Respond to Plaintiffs' First Amended Complaint (ECF No. 16)**<br><br>**(Third Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiffs and Federal Defendants, through their respective undersigned counsel, hereby stipulate and agree as follows:

1.    Plaintiffs filed their First Amended Complaint on January 21, 2026. ECF No. 16.

2.    The parties had jointly filed a motion to extend the deadline for Federal Defendants to respond to Plaintiffs' First Amended Complaint to February 13, 2026. ECF No. 24.

1

3.    The parties had jointly filed a motion to extend the deadline for Federal Defendants to respond to Plaintiffs' First Amended Complaint to March 17, 2026, ECF No. 26, which the court had granted, ECF No. 27.

4.    The parties now stipulate and agree to extend the time for the United States to file its response from March 17, 2026, up to and including **April 16, 2026**.

The U.S. Embassy in Kinshasa indicated that they are still waiting to receive the medical exams of the two applicants. The applicants requested for a vaccination exemption but told me that they informed counsel that it did not apply to the applicants because they are over 10 years old. The embassy is also intending to complete a site visit in the coming days to a different region to verify documents provided by the applicants.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Accordingly, the parties respectfully request that the Court grant this stipulation to extend the time for Federal Defendants to respond to Plaintiffs' First Amended Complaint to **April 16, 2026**. ECF No. 16. This is the third request to extend the time for Federal Defendants to respond to Plaintiffs' First Amended Complaint. This stipulated request is brought in good faith and not for the purposes of undue delay.

Respectfully submitted this 11th day of March 2026.

CLARK HILL PLC

/s/   *Mark Stevens*
MARK STEVENS
1001 Pennsylvania Ave. NW, Ste. 1300S
Washington, DC 20004
mstevens@clarkhill.com

*Attorney for Plaintiff*

TODD BLANCHE
Deputy U.S. Attorney General
SIGAL CHATTAH
First Assistant U.S. Attorney

/s/   *Nathan M. Claus*
NATHAN M. CLAUS
Assistant United States Attorney
*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
**U.S. MAGISTRATE JUDGE**

**DATED:** March 11, 2026.

3