UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TIFFANY SANGSTER, et al.,

Plaintiffs,

v.

MARCO RUBIO, et al.,

Defendants.

Case No. 3:25-cv-00447-ART-CSD

ORDER

(ECF NO. 9)

Plaintiffs Tiffany Sangster and Julie Muangala are adoptive mother and daughter. They bring this action to compel the Department of State to adjudicate Ms. Muangala's application for an immigrant visa, and the visa application of her sister, B.M., who is also Mrs. Sangster's adoptive child. On January 28, 2026, Plaintiffs were granted a Temporary Restraining Order ("TRO") to compel the Department of State ("the Department") stay the effective date of its policy of January 14, 2026 ("the Policy"), which indefinitely prevents the adjudication of visas of nationals of the Democratic Republic of the Congo ("DRC"), among other countries. The Court's TRO order did not specify an end date for the TRO. Plaintiffs now move to clarify that the TRO is indefinite, and in the alternative, to extend it or convert it into a preliminary injunction. (ECF No. 25.) Defendants do not oppose. (*Id.*) The Court now grants Plaintiffs' unopposed motion to convert the TRO into a preliminary injunction.

**I.    DISCUSSION**

Courts have discretion to convert a temporary restraining order into a preliminary injunction. S*ee Hawai'i v. Trump,* 245 F. Supp. 3d 1227, 1234–35 (D. Haw.) (vacated in part); *Pinchi v. Noem*, 792 F. Supp. 3d 1025, 1030, 1031 (N.D. Cal. 2025); *see also Jimenez v. Barber,* 252 F.2d 550, 554 (9th Cir. 1958) (whether a TRO or a preliminary injunction should issue in the first instance is within the discretion of the trial court). The circumstances justify an exercise of

discretion to convert the temporary restraining order into a preliminary injunction that lasts until the final entry of judgment. Conversion will clarify the terms of the ordered relief without materially altering them. *See ABX Air, Inc. v. Int'l Bhd. of Teamsters*, No. 1:16-CV-1096, 2016 WL 7117388, at *5 (S.D. Ohio Dec. 7, 2016). Conversion is also efficient, since the standard for issuing a temporary restraining order is the same as for a preliminary injunction, and Plaintiffs met that standard. *Productive People, LLC v. Ives Design*, No. CV-09-1080-PHX-GMS, 2009 WL 1749751, at *3 (D. Ariz. June 18, 2009). Furthermore, Defendants do not oppose the motion to convert. If another hearing were held on the conversion, the Court would reach the same outcome. *Id.*

Nothing is lost by conversion, since the TRO could have been entered as a preliminary injunction in the first instance and already operates as one. When assessing whether a TRO can be construed as an appealable preliminary injunction, the Ninth Circuit assesses whether it functions as a preliminary injunction, looking to factors such as: whether an adversary hearing has been held, whether the nonmovant strongly challenged the motion, whether the duration of the TRO exceeds fourteen days, and whether the TRO has the practical effect of a preliminary injunction. *Newsom v. Trump*, 141 F.4th 1032, 1043–44 (9th Cir. 2025) (internal citations omitted). Here, the parties were afforded notice, full briefing on the merits, and a hearing both prior to entry of the TRO. While Rule 65 limits *ex parte* TROs to fourteen days unless extended, this TRO was issued with notice and not limited to fourteen days. Fed. R. Civ. P. 65(b)(2). There is little practical or legal distinction between the TRO and a preliminary injunction, and there is no reason not to change its name to avoid any potential uncertainty about its duration.

The Court adopts and incorporates the reasoning and conclusions contained in the prior order. (ECF No. 21.)

## II.    CONCLUSION

It is therefore ordered that the Temporary Restraining Order issued on January 28, 2026 (ECF No. 21.) is CONVERTED into a preliminary injunction prescribing the same relief, and that the ordered relief will remain in place until the final entry of judgment.

It is furthermore ordered that Plaintiffs will FILE a status update to advise the court of the outcome of Julie Muangala and B.M.'s interviews within seven days of those interviews.

DATED: March 31, 2026

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

3