TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6297
Fax: (702) 388-6787
Nathan.Claus@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Tiffany Sangster, Individually and as Next Friend of B.M. Julie Muangala,<br><br>Plaintiffs,<br><br>v.<br><br>Marco Rubio - U.S. Secretary of State; Consul General - U.S. Embassy, Kinshasa, Democratic Republic of Congo; Consular Officer - U.S. Embassy, Kinshasa, Democratic Republic of Congo,<br><br>Defendants. | Case No. 3:25-CV-00447-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>[ECF No. 33] |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiffs and Federal Defendants, through their respective undersigned counsel, hereby stipulate and agree as follows:

Plaintiffs filed their First Amended Complaint on January 21, 2026. ECF No. 16. The parties had jointly filed a motion to extend the deadline for Federal Defendants to respond to Plaintiffs' First Amended Complaint to February 13, 2026. ECF No. 24. The parties now stipulate and agree to extend the time for the United States to file its response from April 16, 2026, up to and including **May 16, 2026.**

A consular officer at the U.S. Embassy in Kinshasa approved the visas for the two applicants who are the subject of this litigation. After approval, the visas must still be

issued. It is possible, though unlikely, that a consular officer could identify a potential issue during the issuance process that causes him or her to re-refuse the visas.

The status of visas is available on the agency's public-facing website.[1] Here, because the visas were just approved, the status is showing as "Administrative Processing." Defendants expect the status to update to Approved and then Issued in the next few days if no issues are identified.

Accordingly, the parties respectfully request that the Court grant this stipulation to extend the time for Federal Defendants to respond to Plaintiffs' First Amended Complaint to **May 16, 2026**. ECF No. 16. This is the Fourth request to extend the time for Federal Defendants to respond to Plaintiffs' First Amended Complaint. This stipulated request is brought in good faith and not for the purposes of undue delay.

Respectfully submitted this 15th day of February 2026.

CLARK HILL PLC

/s/  Mark Stevens
MARK STEVENS
1001 Pennsylvania Ave. NW, Ste. 1300S
Washington, DC 20004
mstevens@clarkhill.com

Attorney for Plaintiff

TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant U.S. Attorney

/s/   Nathan M. Claus
NATHAN M. CLAUS
Assistant United States Attorney
Attorneys for the United States

## ORDER

Good cause appearing, the Parties' stipulation is **GRANTED**. However, the Court will not grant any additional extensions absent extraordinary circumstances.

**IT IS SO ORDERED.**

**DATED:** April 15, 2026 _____

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Located at https://ceac.state.gov/CEACStatTracker/Status.aspx?App=IV